UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM L. SCHOEN, MARY J. NESBIT, ROBIN L. ROSEWICZ, GEORGE E. POOLE, JAMES E. SWARTZ, JR., JOHN SOUZA, AND KAREN SOUZA, individually and as representatives of a class of participants and beneficiaries of the Allegheny Technologies Incorporated Pension Plan;<br><br>Plaintiffs<br><br>v.<br><br>ATI INC., THE ALLEGHENY TECHNOLOGIES INCORPORATED PLAN ADMINISTRATIVE COMMITTEE, STATE STREET GLOBAL ADVISORS TRUST CO., AND JOHN DOES 1–5;<br><br>Defendants. | Case No. 2:24-cv-01109-KT |

**[PROPOSED] ORDER GRANTING STATE STREET GLOBAL ADVISORS TRUST CO.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT**

Upon consideration of State Street Global Advisors Trust Co.'s Motion to Dismiss Plaintiffs' Consolidated Complaint (the "Motion"), the accompanying Memorandum of Law, and all other relevant filings, and finding good cause therein, it is hereby ordered that the Motion is GRANTED.

WHEREUPON, Plaintiffs' Consolidated Complaint is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: _____                              _____
                                                                           The Honorable Kezia O.L. Taylor
                                                                           UNITED STATES MAGISTRATE JUDGE