IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM L. SCHOEN, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>ATI INC., *et al.*,<br><br>    Defendants. | Civil Action No. 2:24-cv-01109-KT |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs move the Court for leave to file a single consolidated opposition to Defendants' motions to dismiss of up to 60 pages, rather than two separate opposition briefs, in order to streamline the parties' motion to dismiss briefing. The parties have conferred, and Defendants do not oppose Plaintiffs filing a consolidated opposition brief of no more than 60 pages.

The ATI Defendants and State Street Global Advisors Trust Co. have separately moved to dismiss the complaint. *See* ECF Nos. 55, 57. The briefing schedule established a 35-page limit for the ATI Defendants' brief and Plaintiffs' opposition, and a 30-page limit for State Street's brief and Plaintiffs' opposition. ECF No. 51. The Defendants filed their respective briefs on January 27, 2025. ECF No. 55 ("SSGA Br."); ECF No. 58 ("ATI Br."). The briefs substantially overlap and address many of the same issues. *See, e.g.,* SSGA Br. at 1 (State Street joining in all of ATI's arguments); *id.* at 3–4, 18 n.33, 28–30 & nn. 55–56 (State Street incorporating and relying on specific arguments made by the ATI Defendants); ATI Br. at 7 n.18, 18 n.39, 24–26 (ATI Defendants borrowing State Street's arguments). Defendants' briefs are collectively 65 pages with a combined total of 108 footnotes, not including the additional arguments they borrow from one

another. Nevertheless, to avoid redundant briefing, Plaintiffs seek to file a single, consolidated opposition of up to 60 pages, five pages less than if Plaintiffs were to file separate briefs of 30 and 35 pages, respectively. ECF No. 51. Accordingly, granting Plaintiffs' request will streamline the briefing and promote judicial economy.

For these reasons, Plaintiffs request that the Court grant them leave to file a single consolidated opposition to Defendants' motions to dismiss, which shall not exceed 60 pages.

Dated: February 21, 2025

/s/ *Sean E. Soyars*
SCHLICHTER BOGARD LLC
Jerome J. Schlichter (MO 32225)*
Sean E. Soyars (MO 57317)*
Kurt C. Struckhoff (MO 61873)*
Patrick R. Kutz (MO 66023)*
Terrence W. Scudieri, Jr. (NY 5761945)*
100 South Fourth Street, Suite 1200
Saint Louis, Missouri 63102
(314) 621-6115, (314) 621-7151 (fax)
jschlichter@uselaws.com
ssoyars@uselaws.com
kstruckhoff@uselaws.com
pkutz@uselaws.com
tscudieri@uselaws.com

*admitted *pro hac vice*

*Interim Lead Class Counsel for the Proposed Class*

John A. Schwab (PA 89596)
JOHN A. SCHWAB, ATTORNEY AT LAW, LLC
436 Seventh Avenue, Suite 300
Pittsburgh, Pennsylvania 15219
(412) 235-9150
jas@johnschwablaw.com

Respectfully submitted,

Cyril V. Smith (MD 9012190277)*
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
(410) 949-1145, (410) 659-0436 (fax)
csmith@zuckerman.com

Bryan M. Reines (CA 336269)*
ZUCKERMAN SPAEDER LLP
1800 M Street N.W., Suite 10000
Washington, D.C. 20036
(202) 778-1846, (202) 822-8106 (fax)
breines@zuckerman.com

Edward Stone (NY 2259489)*
EDWARD STONE LAW, P.C.
175 West Putnam Avenue, Second Floor
Greenwich, Connecticut 06830
(203) 504-8425, (203) 348-8477 (fax)
eddie@edwardstonelaw.com

Elizabeth Hopkins (CA 324431)*
Susan L. Meter (CA 236133)*
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886-2525, (818) 350-6272 (fax)
ehopkins@kantorlaw.net
smeter@kantorlaw.net

| | |
|---|---|
| Edwin J. Kilpela, Jr. (PA 201595) | Douglas S. Brooks (MA 636697) |
| Paige T. Noah (PA 327552) | LIBBY HOOPES BROOKS & MULVEY, P.C. |
| WADE KILPELA SLADE LLP | 260 Franklin Street |
| 6425 Living Place, Suite 200 | Boston, Massachusetts 02110 |
| Pittsburgh, Pennsylvania 15206 | (617) 338-9300, (617) 338-9911 (fax) |
| (412) 314-0515 | dbrooks@lhbmlegal.com |
| ek@waykayslay.com | |
| pnoah@waykayslay.com | *admitted *pro hac vice* |
| | *Interim Co-Counsel for the Proposed Class* |

## CERTIFICATE OF CONFERRAL

In accordance with Section II(A) of Judge Taylor's Practices and Procedures, Plaintiffs hereby certify that their counsel met and conferred with counsel for Defendants prior to filing this motion.

/s/ <u>Sean E. Soyars</u>