IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM L. SCHOEN *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>ATI INC. *et al.*,<br><br>                    Defendants. | Civil Action No. 2:24-cv-01109-KT |

**MOTION TO WITHDRAW APPEARANCE**

Plaintiffs, pursuant to Local Civil Rule 83.2(C)(4), hereby move that Terrence W. Scudieri, Jr., be withdrawn as counsel for Plaintiffs in the above-referenced action as he is no longer with Schlichter Bogard LLC. Plaintiffs will continue to be represented by Jerome J. Schlichter, Sean E. Soyars, Kurt C. Struckhoff, and Patrick R. Kutz, each of Schlichter Bogard LLC and the attorneys of Zuckerman Spaeder LLP, Edward Stone Law P.C., and Kantor & Kantor LLP.

Dated: July 17, 2025

/s/ Jerome J. Schlichter
SCHLICHTER BOGARD LLC
Jerome J. Schlichter (admitted *pro hac vice*)
Sean E. Soyars (admitted *pro hac vice*)
Kurt C. Struckhoff (admitted *pro hac vice*)
Patrick R. Kutz (admitted *pro hac vice*)
100 South Fourth Street, Suite 1200
St. Louis, MO, 63102
(314) 621-6115
(314) 621-5934 (fax)
jschlichter@uselaws.com
ssoyars@uselaws.com
kstruckhoff@uselaws.com
pkutz@uselaws.com

*Lead Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 16, 2025.

                                  /s/ Jerome J. Schlichter