IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM L. SCHOEN, *et al.*,<br><br>      Plaintiffs<br><br> v.<br><br>ATI INC., *et al.*,<br><br>      Defendants. | Civil Action No. 2:24-cv-01109-KT |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

  Plaintiffs submit this notice to alert the Court to a decision issued yesterday, September 29, 2025, that bears on Defendants' currently pending motions to dismiss.

  Yesterday, in *Doherty v. Bristol-Myers Squibb Co.*, No. 24-CV-06628 (MMG), the United States District Court for the Southern District of New York concluded in a motion to dismiss opinion that the plaintiffs—who are challenging an Athene annuity transaction materially identical to the one at issue here—adequately alleged multiple, independent bases for Article III standing and several theories of liability against the plan sponsor/employer (Bristol-Myers Squibb) and State Street. The decision is attached as Exhibit A.

  Notably, the *Doherty* opinion analyzes many of the issues discussed at the oral argument held by this Court on Defendants' motions, explaining (i) why Plaintiffs' Article III standing "comports with common sense" because "[b]eneficiaries who will rely on their retirement benefits to support them through their senior years of course have a strong interest in not only the *amount* of their monthly benefits [but] also the *security* of their monthly benefits," Ex. A at 17, and (ii) why *Thole v. U.S. Bank, N.A.*, 590 U.S. 538, 544 (2020), does not support the defendants' argument that the plaintiffs lack standing, Ex. A at 18–19. The *Doherty* decision's standing analysis is thus

consistent with the opinions issued in the *Konya* and *Piercy* cases that have already been brought to this Court's attention. *See* ECF Nos. 83-2, 94.

| | |
|---|---|
| Dated: September 30, 2025 | Respectfully submitted, |

/s/ *Jerome J. Schlichter*
SCHLICHTER BOGARD LLC
Jerome J. Schlichter (MO 32225)*
Sean E. Soyars (MO 57317)*
Kurt C. Struckhoff (MO 61873)*
Patrick R. Kutz (MO 66023)*
Terrence W. Scudieri, Jr. (NY 5761945)*
100 South Fourth Street, Suite 1200
Saint Louis, Missouri 63102
(314) 621-6115, (314) 621-7151 (fax)
jschlichter@uselaws.com
ssoyars@uselaws.com
kstruckhoff@uselaws.com
pkutz@uselaws.com
tscudieri@uselaws.com

*admitted *pro hac vice*

*Interim Lead Class Counsel for the Proposed Class*

/s/ *John A. Schwab*
JOHN A. SCHWAB, ATTORNEY AT LAW, LLC
John A. Schwab (PA 89596)
436 Seventh Avenue, Suite 300
Pittsburgh, Pennsylvania 15219
(412) 235-9150
jas@johnschwablaw.com

/s/ *Cyril V. Smith*
ZUCKERMAN SPAEDER LLP
Cyril V. Smith (MD 9012190277)*
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
(410) 949-1145, (410) 659-0436 (fax)
csmith@zuckerman.com

/s/ *Bryan M. Reines*
Bryan M. Reines (CA 336269)*

/s/ *Edwin J. Kilpela, Jr.*
WADE KILPELA SLADE LLP
Edwin J. Kilpela, Jr. (PA 201595)
Paige T. Noah (PA 327552)
6425 Living Place, Suite 200
Pittsburgh, Pennsylvania 15206
(412) 314-0515
ek@waykayslay.com
pnoah@waykayslay.com

/s/ *Edward Stone*
EDWARD STONE LAW, P.C.
Edward Stone (NY 2259489)*
175 West Putnam Avenue, Second Floor
Greenwich, Connecticut 06830
(203) 504-8425, (203) 348-8477 (fax)
eddie@edwardstonelaw.com

KANTOR & KANTOR LLP
Susan L. Meter (CA 236133)*
19839 Nordhoff Street
Northridge, California 91324
(818) 886-2525, (818) 350-6272 (fax)
ehopkins@kantorlaw.net
smeter@kantorlaw.net

/s/ *Douglas S. Brooks*
LIBBY HOOPES BROOKS & MULVEY, P.C.
Douglas S. Brooks (MA 636697)
260 Franklin Street
Boston, Massachusetts 02110
(617) 338-9300, (617) 338-9911 (fax)
dbrooks@lhbmlegal.com

*admitted *pro hac vice*

*Interim Co-Counsel for the Proposed Class*

2

2100 L Street N.W., Suite 400
Washington, D.C. 20037
(202) 778-1846, (202) 822-8106 (fax)
breines@zuckerman.com