**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

WILLIAM L. SCHOEN, MARY J. NESBIT, ROBIN L. ROSEWICZ, GEORGE E. POOLE, AND JAMES E. SWARTZ, JR., individually and as representatives of a class of participants and beneficiaries of the Allegheny Technologies Incorporated Pension Plan,

*Plaintiffs,*

v.

ATI INC., THE ALLEGHENY TECHNOLOGIES INCORPORATED PLAN ADMINISTRATIVE COMMITTEE, STATE STREET GLOBAL ADVISORS TRUST CO., AND JOHN DOES 1-5,

*Defendants.*

Civil Action No. 2:24-cv-01109-NR-KT

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Susan L. Meter, counsel for Plaintiffs William L. Schoen, Mary J. Nesbit, Robin L. Rosewicz, George E. Poole, and James E. Swartz, Jr., individually and as representatives of a class of participants and beneficiaries of the Allegheny Technologies Incorporated Pension Plan, respectfully moves this Honorable Court pursuant to LR 83.2(C) to permit her withdrawal as counsel of record. In Support of this motion, undersigned counsel states as follows:

1. Elizabeth Hopkins, formerly of Kantor & Kantor, LLP, has opened a new law practice and has left her employment with Kantor & Kantor, LLP.

2. Based on agreement between Ms. Hopkins and Kantor & Kantor LLP, Ms. Hopkins wishes to continue to represent Plaintiffs in this matter under her new law firm and Kantor & Kantor wishes to withdraw as counsel. Pursuant to said agreement, Ms. Meter moves this Court

for an Order to withdraw as counsel. Plaintiffs will continue to be represented in this matter by Schlichter Bogard LLC, John A. Schwab, Attorney at Law, LLC, Zuckerman Spader LLP, Wade Kilpela Slade LLP, Edward Stone Law, P.C. and Hopkins ERISA Law. No party will be prejudiced by this withdrawal.

A proposed order granting this Motion for Leave to Withdraw as Counsel will be e-filed concurrently with this Motion.

Dated: December 5, 2025

*/s/ Susan L. Meter*

Susan L. Meter
Kantor & Kantor, LLP
9301 Corbin Avenue, Suite 1400
Northridge, CA 91324
(818) 886-2525 (Phone)
(818) 350-6272 (Fax)
smeter@kantorlaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** and **PROPOSED ORDER** with the Clerk of the Court using the CM/ECF system on December 5, 2025, and that all parties are represented by counsel of record registered with the CM/ECF system.

*/s/ Susan L. Meter*
Susan L. Meter